■ Beatrice Miely-Watkins et al., Appellants, v New Latham Hotel Corp., Respondent. [693 NYS2d 23] —Judgment, Supreme Court, New York County (Ira Gammerman, J., and a jury), entered May 13, 1998, in an action for personal injuries sustained when plaintiff fell down stairs in defendant's hotel, dismissing the complaint, unanimously affirmed, without costs.

The issue of whether defendant's hotel has "winding stairs" in violation of Multiple Dwelling Law § 52 (4) was properly submitted to the jury. The photographs in evidence do not show a spiral configuration in accordance with the common understanding of what constitutes winding stairs, the statute itself contains no definition or other guidance as to what constitutes winding stairs, and the testimony of defendant's witnesses relied on by plaintiff as admissions was at best equivocal and certainly not probative of the statute's meaning. Also advancing the proposition that the building does not have winding stairs in violation of the statute was the evidence that it had been issued two certificates of occupancy and had never been cited for such a violation in any of its biannual inspections by Fire and Buildings Departments. Concur—Mazzarelli, J. P., Wallach, Rubin, Andrias and Saxe, JJ.

■ Frederick Holzer, Jr., Appellant, v Elena Avram et al., Respondents. [690 NYS2d 453] —Order, Supreme Court, New York County (Jane Solomon, J.), entered on or about July 29, 1998, which, inter alia, denied plaintiff's motion to compel defendants' compliance with his notice to produce, unanimously affirmed, without costs.

We agree with the IAS Court that the notice in question is overbroad and unduly burdensome (see, Konrad v 136 E. 64th St. Corp., 209 AD2d 228). Concur—Mazzarelli, J. P., Wallach, Rubin, Andrias and Saxe, JJ.

■ In the Matter of Kenneth Linn, a Suspended Attorney. [— NYS2d —] —Petition for reinstatement granted only to the extent of referring this matter to a Referee for a hearing, as indicated. No opinion. Concur—Rosenberger, J. P., Williams, Mazzarelli, Wallach and Lerner, JJ.